**Order entered March 29, 2019**



## In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00085-CV

### KERRI D. CONDIE, P.C., Appellant

### V.

### MICHELLE MCLAUGHLIN, Appellee

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-05911

## ORDER

On the Court's own motion, we request the parties submit supplemental briefing regarding the following:

1) Whether section 15.013 of the civil practice and remedies code applies in this case. Section 15.013 provides, "Actions to restrain execution of a judgment based on invalidity of the judgment or of the writ shall be brought in the county in which the judgment was rendered." TEX. CIV. PRAC. & REM. CODE ANN. § 15.013.

2) Whether common law holdings that a final judgment of venue irrevocably fixes venue of any suit involving the same subject matter and parties apply in this case. *See, e.g.*, *Miller v. State & Cnty. Mut. Fire Ins. Co.*, 1 S.W.3d 709, 712–13 (Tex. App.—Fort Worth 1999, no pet.).

3) Whether this Court can consider either section 15.013 or the common law holding cited above in view of the current posture of this case and this Court's decision in *St. John Missionary Baptist Church v. Flakes*, 547 S.W.3d 311 (Tex. App.—Dallas 2018, pet. filed).

Supplemental briefs must be no longer than 2,500 words or 10 pages and filed within ten days of the date of this order. *See* TEX. R. APP. P. 38.7.

/s/      DAVID J. SCHENCK
            PRESIDING JUSTICE